| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAW OFFICE OF MICHAEL SALANICK <br> 700 South Flower Street, Suite 1000 <br> Los Angeles, California 90017 <br> Tel (310) 928-3506 <br> Fax (310) 684-5844 <br><br> Michael Salanick, Esq. CA SBN 220061 <br> msalanick@salanicklaw.com <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Charles Williams, Jr. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br><br> CHARLES WILLIAMS, JR. <br><br><br><br><br><br> Debtor(s). | CASE NO.: 2:23-bk-11434-WB <br> CHAPTER 13 <br><br> **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** <br><br> [No Hearing Required] |
|---|---|

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ___ and was converted to a case under chapter 13 on _____.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                   Page 1                           **F 3015-1.18.DEBTOR.MOTION.DISMISS**

Filing Date: _____
Movant: _____
Personal or Real Property: _____

Status:   ☐ Pending   ☐ Resolved   ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3.  ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

    **OR**

    ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

    *(Please attach additional pages if needed.)*

4.  Debtor seeks dismissal of this case for the following reasons:
    See attached Debtor's Declaration in Support of Voluntary Dismissal.

    *(Please attach additional pages if needed.)*

Date: 4/25/2023                               _____
                                              Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 4/25/23                                 _____
                                              Debtor

Date: _____                         _____
                                              Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 3015-1.18.DEBTOR.MOTION.DISMISS

LAW OFFICE OF MICHAEL SALANICK
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Tel (310) 928-3506
Fax (310) 684-5844

Michael Salanick, Esq. CA SBN 220061
msalanick@salanicklaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Case No.: 2:23-bk-11434-WB |
|---|---|
|  | Chapter 13 |
| CHARLES WILLIAMS, JR. | **DECLARATION OF CHARLES WILLIAMS, JR. IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY CASE** |
| Debtor. |  |

## **DECLARATION OF CHARLES WILLIAMS, JR.**

I, CHARLES WILLIAMS, JR. hereby declare and state as follows:

1.    I am the Debtor in the within action. I make the following statements based upon my own personal knowledge, except as to those statements based upon information and belief, which I believe to be true. If called upon to testify by the Court, I would and could competently so do.

2.    My chapter 13 bankruptcy case was filed on March 13, 2023.

3.    I am requesting the court to permit my voluntary dismissal of the chapter 13 proceeding so that I may work out settlements directly with my creditors, reducing any further effort and burden of administering the chapter 13 bankruptcy estate.

///

1

4. Dismissal of this bankruptcy case is in the best interest of my creditors and all interested parties. Furthermore, case dismissal will reduce the added burdens on stress impacting my physical health and mental health, and on my personal family relationships.

5. I prefer to negotiate all claims directly with my creditors further reducing any associated fees, costs and expenses regarding administration of this bankruptcy case.

6. I believe case dismissal will provide more efficient resolution of my debts, and promotes more efficient administration of my financial affairs, alleviating the pressures on my health while continuing to operate under the jurisdiction of bankruptcy court.

I, CHARLES WILLIAMS, JR. declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Los Angeles, California on this 25th day of April 2023.

*Charles Williams, Jr.*

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

700 S. Flower Street  #1000, Los Angeles CA 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/25/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Creditor Counsel  David Coats    dcoats@ghidottiberger.com
Chapter 13 Trustee   Nancy K Curry (TR)    TrusteeECFMail@gmail.com
Debtor Counsel    Michael Salanick    msalanick@salanicklaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/25/2023 | Michael Salanick | /s/ Michael Salanick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 3015-1.18.DEBTOR.MOTION.DISMISS**